UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

Case No.: 1:24-cv-24742-KMM

SKYE ADJUSTING, LLC,
A Florida limited liability company, and
MADISON DUROW,
an individual,

Plaintiffs,

v.

GENERAL MOTORS, LLC,
A foreign limited liability company,

Defendant.
_____/

## NOTICE OF MEDIATOR SELECTION

Pursuant to the Court's Order (ECF No. 56), Plaintiffs, SKYE ADJUSTING, LLC, and MADISON DUROW, ("Plaintiffs") and Defendant GENERAL MOTORS LLC. ("Defendant"), hereby submit notice of the parties' selection of the Honorable Ken Bowen, to preside as mediator in this matter on the time and date set forth below.

| | |
|---|---|
| NAME: | Ken Bowen |
| ADDRESS: | Pinellas Mediation<br>204 37th Avenue North, #313<br>St. Petersburg, FL 33704 |
| DATE: | September 2, 2025 commencing at 1:30 pm through remote audio-visual means |
| ZOOM: | **Join Zoom Meeting**<br>**https://us02web.zoom.us/j/86357740033?pwd=Pca5rbfhoai1tIbjsF3z4zbPopfVRG.1**<br>**Meeting ID: 863 5774 0033**<br>**Passcode: 824446** |

DATED August 22, 2025.

>Respectfully submitted,
>
>*/s/ Joshua Feygin, Esq.*
>JOSHUA FEYGIN, ESQ.
>**SUE YOUR DEALER – A LAW FIRM**
>Florida Bar No.: 124685
>1930 Harrison Street, Suite 208 F
>Hollywood, Florida 33020
>Telephone: (954) 228-5674
>Facsimile: (954) 697-0357
>Email: Josh@sueyourdealer.com
>
>*Counsel for Plaintiff*

**CERTIFICATE OF SERVICE**

    **I HEREBY CERTIFY** that on August 22, 2025, a true and correct copy of the foregoing has been served, via e-mail, to:

**Jens Christian Ruiz, Esq.**
Florida Bar No. 96119
80 SW 8 Street
Suite 3000
Miami, FL 33130
Telephone: (305) 358-5577
Primary E-Mail: jruiz@rumberger.com
*Attorney for Defendant*

>*/s/ Joshua Feygin*
>**Joshua Feygin, Esq.**