UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 24-CV-24742-MOORE/Elfenbein

**MADISON DUROW, et al.,**

    Plaintiff,

v.

**GENERAL MOTORS LLC,**

    Defendants.

_____/

## ORDER OF RECUSAL

**THE UNDERSIGNED MAGISTRATE JUDGE**, to whom the above-styled case has been assigned, hereby recuses herself and refers the matter to the Clerk of Court for reassignment pursuant to 28 U.S.C. § 455(a).

**DONE and ORDERED** in Chambers in Miami, Florida on December 8, 2025.

_____
**MARTY FULGUEIRA ELFENBEIN**
**UNITED STATES MAGISTRATE JUDGE**

In accordance with the Local Rules, Internal Operating Procedures, and applicable Administrative Orders for the Southern District of Florida, this cause will be reassigned by the Clerk's Office to the calendar of  **Magistrate Judge Lauren F. Louis**

Copies of this order shall be served on all pending parties of record. All documents for filing in this case shall carry the following case number and designation:

  **24-cv-24742-Moore/Louis**  .

BY ORDER OF COURT this  **9th**  day of December, 2025, Miami, Florida.

                                  ANGELA E. NOBLE
                                  CLERK OF COURT

                         By: *s/Valerie Kemp*
                                  Deputy Clerk

cc:    Counsel of Record