E
X
H
I
B
I
T

A

# EXHIBIT A

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**FORT LAUDERDALE DIVISION**

Case No.: 1:24-cv-24742-KMM

SKYE ADJUSTING, LLC, a Florida
Limited liability company, and
MADISON DUROW,
an individual,

      Plaintiffs,

v.

GENERAL MOTORS LLC,
a foreign limited liability company,

      Defendant.
_____/

**DEFENDANT GENERAL MOTORS LLC'S AMENDED AND SUPPLEMENTAL**
**EXPERT WITNESS DISCLOSURE**

      Defendant, General Motors LLC ("GM"), pursuant to this Court's Scheduling Order [D.E. 55] and Fed. R. Civ. Pro. 26, hereby amends and supplements its expert disclosure of the following expert witnesses:

      Tyler Grahl
      Field Service Engineer
      General Motors LLC
      1700 Great Oaks Way, Suite 400
      Alpharetta, GA 30022
      (Contact only through undersigned counsel)

      **A.**    **Area of expertise:**

      Tyler Grahl is an expert in the diagnosis and repair of motor vehicles, especially GM vehicles. Mr. Grahl is an ASE Master Certified and GM World Class technician and has multiple years of experience in the diagnosis and repair of motor vehicles, including working as a Field Service Engineer for GM.

Mr. Grahl is presently employed as a Field Service Engineer with GM.  As a Field Service Engineer, Mr. Grahl inspects, diagnoses, and repairs vehicles warranted by GM.  A copy of his *curriculum vitae* is attached hereto.

### B.    Subject matter of expected expert testimony:

Mr. Grahl will testify regarding the operation and condition of Plaintiffs' vehicle and the nature and efficacy of any service performed on the vehicle.  He is expected to testify regarding Plaintiffs' alleged complaints with the subject vehicle, including complaints of an alleged defective body, structural and vehicle supports, and the subject vehicle's warranty.  Mr. Grahl also observed and manually inspected the subject vehicle including the body, structure and support components and will testify regarding his findings related to same as well as his findings after test driving the vehicle. He may also testify regarding GM's warranty and its applicability to Plaintiffs' vehicle's concerns. He is further expected to testify regarding his review of Plaintiffs' vehicle's service records, GM's records and/or other materials produced during discovery. Mr. Grahl may also offer testimony to rebut the findings and opinions of Plaintiffs' expert(s). See also Mr. Grah's attached inspection report.

### C.    Substance of the Facts and Opinions:

Mr. Grahl will testify regarding his review of the dealer service records, GM's records and warranty, and his observations and findings from his inspection and/or test drive.  Mr. Grahl may also testify regarding the information contained within the repair orders and/or service invoices from authorized GM dealers and/or GM's warranty.  Mr. Grahl may also offer testimony to rebut the findings and opinions of Plaintiffs' expert.

**D.      Summary of Grounds for Opinions:**

Mr. Grahl' opinions will be based on his inspection and/or test drive of Plaintiffs' vehicle, data, measurements and samples obtained during his inspection and/or test drive of the vehicle, GM's written New Vehicle Limited Warranty, the vehicle's Owner's Manual, photographs of the vehicle, the dealer's service records, GM's records regarding the vehicle, comparing the subject vehicle to similar vehicles, any discovery and depositions taken in this case, as well as his education, training, experience, knowledge and background.

**D.      Availability for Deposition:**

Mr. Grahl is available for deposition at a mutually agreeable date and time.

## <u>CERTIFICATE OF SERVICE</u>

I HEREBY CERTIFY that on December 31, 2025, a copy of the foregoing was emailed to the following: **Joshua Feygin, Sue your Dealer – A Law Firm at josh@jfeyginesq.com [Counsel for Plaintiffs].**

s/*Jens C. Ruiz*

JENS C. RUIZ
Florida Bar No. 96119
Primary Email:    jruiz@rumberger.com
Secondary Email: jruizsecy@rumberger.com
                     docketingmiami@rumberger.com
RUMBERGER, KIRK & CALDWELL, P.A.
Post Office Box 1873
Orlando, Florida  32802-1873
Telephone:  (407) 872-7300
*Attorneys for Defendant General Motors LLC*

# TYLER GRAHL

FIELD SERVICE ENGINEER   ●   668 Trentham Hollow Rd Parrottsville, TN 37843   ●   423-379-0189

## DETAILS

668 Trentham Hollow Rd
Parrottsville, TN 37843
423-379-0189
tyler.grahl@gm.com

## SKILLS

Analytical Thinking Skills
Knowledge of Technical
Diagrams
Microsoft Office Excel & Word
Complex Problem Solving
Pico Scope
Oscilloscope
Data Bus Diagnostic Tool
VSpy Diagnostics
HP Tuners Software
ATRA Certified
ASE Master Certified A1-A9,
L1, L2, L3, L4
ASE Body Certified B2-B5
ASE Master HD Truck T1-T8
ASE World Class Technician
GM World Class Technician

## HOBBIES

FAA Certified Commercial
Pilot
IHRA Top Dragster Driver
Certified (2004-06)
Placed 10th in nation SKILLS
USA competition for CNC
machining
Extensive track experience
with Corvettes & Porsche GT3
RS

## 👤 PROFILE

Passionate field service engineer for one of the most technological advanced automotive manufactures in the world. Experienced with the latest cutting-edge tools and procedures. A strong communicator, able to address client questions and concerns. An extremely focused and detail-oriented technician who is capable of accurately analyzing, diagnosing, and repairing a variety of issues using advanced equipment and comprehensive checklists.

## 💼 EMPLOYMENT HISTORY

### Field Service Engineer at General Motors LLC, Detroit, MI
April 2021 — Present

Perform diagnostics and repairs on all GM platforms.

Test drive with customers, technicians, service managers, and help relay information to other technicians and management.

Write Field Product Reports for engineering.

Perform final repair attempts and legal inspections for GM

Authorize repairs and labor times for repair procedures

Instruct technicians on new diagnostic procedures and equipment

Diagnose assembly plant vehicle issues and write repair procedures for dealer network

### Service Technician at Tarr Chevrolet Company Inc, Jefferson City, TN
February 2015 — April 2021

Perform diagnostics and repairs on all GM platforms.

Diagnose and repair all diesels and corvettes that come in the shop.

Test drive with customers and help relay information to other technicians and management.

Help dispatch work in shop and give assistance on electrical issues to other technicians

### Shop Foreman at Free Service Tire Inc, Knoxville, TN
November 2011 — February 2015

Diagnose and repair vehicles of all make and models.

Dispatch work and sell work to customers.

### Service Technician at Rusty Wallace Cadillac GMC Inc., Morristown, TN
December 2009 — November 2011

Diagnose and repair all GMC and Cadillac models

Kia Master Technician

### Service Technician at Lifetime Kia Inc., Morristown, TN
July 2007 — November 2009

Earned Kia Master Certification

Diagnose and repair all Kia vehicles

Dealership closed in 2009

## EDUCATION

**Associates Degree in Specialized Technology, Wyotech, Laramie, Wy**
September 2006 — June 2007

## REFERENCES

**Charles Barnette from Morristown Chevrolet**

███████████████████████████

**Marty Pratt from East Tennessee Nissan**

███████████████████████████

**Jane Birdsall from Nokia-Alcatel- Lucent**

███████████████████████



## VEHICLE FINAL REPAIR OPPORTUNITY or INSPECTION REPORT

**Report Date: 12/30/2025**

**Inspection Date: 04/04/2025**

**Reason for Inspection:**     ☐Final Repair Opportunity     ☒Legal Inspection

**GM Representative Performing Inspection** (name, title): Tyler Grahl GM FSE

**Customer Name:  Durow**

**Vehicle** (year/division/model): 2024 Chevrolet Camaro

**VIN: 1G1FK3D63R0115556 TAC Case # 9-14973487177**

**Mileage at start of Inspection: 302    Mileage at end of inspection: 311**

**Inspection Location**: Boyd Chevrolet of Hendersonville, NC

**Present at the Inspection** (all parties; names & titles):   Tyler Grahl FSE
Customer: Madison Durow and a adult male

**Customer's historic concerns: Body and panel fitment complaints**

**Current concerns, if any, reported by customer: Customer complaints of poor body panel and hood fitment. Customer also stated that another repair facility said the front end of the vehicle was unsafe and not able to be driven.**

**Description of Inspection and Observations:**
**FSE inspected vehicle but did not make any repairs or removed any panels during the inspection. FSE measured hood gap between the hood and front bumper fascia. The perimeter gap around the hood was uneven and front leading edge of the hood was lower than the front bumper fascia. FSE believes the gap could be corrected with hood, hood striker, and bumper fascia adjustment. The front leading edge of the hood should sit below the bumper fascia to prevent wind noise and excessive air getting trapped under the hood, causing the hood to rattle. Customer had a complaint of the rear bumper fascia attachment points on the left and right quarter panels. FSE inspected the attachment points and found very minimal protrusions and no adjustments will correct the customers' complaint. FSE compared other similar**

**Camaros after the inspection and found the panel fitment to be the same. The customer also had a complaint of an unsafe "Front End" and would not drive the vehicle. FSE inspected the front suspension, subframe, radiator support, and frame rails. FSE could not remove any panels during the inspection but did not find any safety concerns or issues with what was visible. The customer and the FSE test drove the vehicle during the inspection. The FSE drove the customers vehicle and did not notice any concerns or abnormalities during the test drive. The vehicle was towed back to the customers house because the customer did not feel safe driving it.**

**Pictures taken:**          ☒yes          ☐no

     If yes, number of pictures taken:

**Video taken:**          ☐yes          ☒no

     If yes, number of videos taken:

**Data saved/recorded/printed from Diagnostic tools:**          ☐yes          ☒no

     If yes, list data saved and attach relevant diagnostic printouts (*examples: battery test results, alignment measurements, GDS, freeze frame data, PicoScope files, realtime vehicle performance recordings*)

Signed by:     *s/Tyler Grahl*
                Tyler Grahl

21435432.v1



# 2024/Chevrolet/Camaro

1G1FK3D63R0115556

# VIN:1G1FK3D63R0115556
## Mileage: 299



## Overview

- Inspection took place at Boyd Chevrolet in Hendersonville, NC
- Present at time of the inspection- GM FSE Tyler Grahl, Madison Durow, and Mrs. Durow male spouse/companion

general motors

2

# Left Front Cradle Bolts





general motors

3

# Front Facia Underside





4

# Right Front Wheel Area





# Left Front Wheel Area





# Right Front Rear Cradle Bolts





# Left Front Rear Cradle Bolts





# Dent in Right Side of the Hood





# Gap Between Facia and RF Fender





general motors

# Gap Between RF Fender and Facia





# Gap Between LF Fender and Facia





general motors

12





general motors

# LF Fender to Door Gap Top





# LF Fender to Door Gap Bottom





general motors

15

# LR Quarter Panel to Rear Bumper Facia





# RR Quarter Panel to Bumper Facia





# Driver Door Handle Key Cover





# Hood to Front Facia Gap





general motors

# Hood Gap at Center of Hood





general motors

# Hood Gap at Left side or Hood





# Left Side of Hood Gap





# Right Side of Hood Gap





general motors

# Hood Right Side Hood Gap





general motors

# Hood Left Side Hood Gap





general motors

# Center Console Right Side Panel Fitment





# Center Console Right Panel Fitment





general motors

# Current Repair Order



general motors

Thank you

general motors